JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GREGORY BOWMAN, | Case No. ED CV 19-0184 RGK (RAO) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: September 27, 2019

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE